**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. 10-CV-8098-PCT-PGR |
| ) Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| Lesli M. Walzak a.k.a. Lesli M. Griffen, ) | |
| ) Defendant. ) | |
| ) | |

Before the Court is Plaintiff's Motion for Summary Judgment. (Doc. 11.) Having reviewed the entire record, the Court finds that Plaintiff's moving papers are sufficient to support a motion for summary judgment and do not reveal a genuine issue of material fact. (*Id.*, *see* Docs. 12, 15.) The Court further finds that Plaintiff's motion should be granted pursuant to Local Rule 7.2(i), based on Defendant's failure to file an answering memorandum. *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994).

Accordingly,

IT IS ORDERED granting Plaintiff's Motion for Summary Judgment (Doc. 11). This action is dismissed in its entirety. The Clerk of Court shall enter judgment accordingly.

DATED this 21st day of June, 2011.

Paul G. Rosenblatt
United States District Judge