**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 10-CV-8098-PCT-PGR |
| Plaintiff, | ) ) | |
| vs. | ) | **AMENDED JUDGMENT** |
| Lesli M. Walzak a.k.a. Lesli M. Griffen, | ) ) | |
| Defendant. | ) ) | |

The Court previously granted Plaintiff's Motion for Summary Judgment. (Docs. 16, 17.) Plaintiff has filed a Motion to Amend Judgment "to ensure that language regarding financial obligations and accrual of interest is clear." (Doc. 19.)

Accordingly,

**IT IS ORDERED** granting Plaintiff's Motion to Amend Judgment. (Doc. 19.) Judgment is entered for Plaintiff against Defendant for $51,003.73 principal and $51,803.25 interest accrued through February 8, 2010, totaling $102,806.98, as well as interest accrued from February 9, 2010, through the date of the Judgment, June 21, 2011, at the rate of 9% per annum, plus interest on the entire balance from June 22, 2011 at 0.18%, compounded annually, until judgment is satisfied.

DATED this 25th day of July, 2011.

Paul G. Rosenblatt
United States District Judge